# EXHIBIT A



# Small Business Loans Made Easy

Great new product that offers Small Business Owners low cost business loans with lower payments to help you grow!

## GREAT NEW LENDING SOLUTION FOR BUSINESS OWNERS

- 14.99% simple interest rates on 12 month loans for qualified businesses.
- Ability to lower the cost to borrow upon early loan payoff.
- No requirement to change your credit card processor.
- Fixed payments to help you budget.
- Limited documentation compared to traditional bank loans—Decisions are not based off Tax Return income.
- Wider credit window compared to traditional bank loans.

**12.99% - 6 Month Term**
*The Low Cost Option*

**14.99% - 12 Month Term**
*The Low Payment Option*

DOCTOR WORKING CAPITAL INC
6340 SUGARLOAF PARKWAY #200
DULUTH GA 30097
(770) 431-0480-OFFICE
(770) 431-0487-FAX
www.doctorworkingcapital.com
BBB A PLUS RATING

We fund all business industries.

Fax back your email & contact info for application: 770-623-9605
Email for App _____

## Apply today and grow your business tomorrow.